PROB 12B
(7/93)

Report Date: February 28, 2006

# United States District Court

for the

Eastern District of Washington

**CR-06-0022-WFN**

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR - 2 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Annetta Theademan                 Case Number:

Name of Sentencing Judicial Officer: The Honorable Myron H. Thompson, Middle District of Alabama

Date of Original Sentence: 05/19/1995            Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute       Date Supervision Commenced: 10/31/2003
Methamphetamine, 21 U.S.C. § 846

Original Sentence: Prison - 140 months; TSR - 60   Date Supervision Expires: 10/30/2008
months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

On February 27, 2006, the offender admitted to this officer that she drank alcohol on January 28, 2006, with her boyfriend, Victor Hackett. Annetta Theademan indicated that Mr.Hackett and she consumed a White Russian alcoholic drink at the Northern Quest Casino, prior to attending the Foreigner concert at the casino. U.S. Probation Officer (USPO) Rosser is presently supervising Victor Hackett. Mr. Hackett was convicted on November 11, 2001, for Aiding and Abetting the Manufacture of Methamphetamine, in violation of 21 U.S.C. § 841. Ms. Theademan and Mr. Hackett were allowed to have contact by USPO Law who had previously supervised the offender, and USPO Rosser, with additional restrictions.

Ms. Theademan and Mr. Hackett were previously admonished for allowing Michael Butler, a Federal convicted felon into their home on September 27, 2005. It should be noted that neither offender admitted this non-compliant behavior until they were confronted about this relationship on October 17, 2005. At that time, they were directed to cease this contact immediately. Ms. Theademan admitted to this officer that after USPO Rosser and this officer instructed them

Prob 12B
**Re:  Theademan, Annetta**
**February 28, 2006**
**Page 2**

to immediately disengaged themselves from Michael Butler, she again had contact with Mr. Butler. Ms. Theadman indicated that they have a boat in their garage that belongs to Mr. Butler. She attempted numerous times to call Mr. Butler by telephone, and also went to his home on two occasions.

Respectfully submitted,

by  *[signature]*
Brenda J. Kuest
U.S. Probation Officer
Date:  February 28, 2006

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*
Signature of Judicial Officer

*March 2 2006*
Date